UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**RENEE STRINGER ET AL**  **CASE NO. 3:19-CV-00343**

**VERSUS**  **JUDGE DOUGHTY**

**TOWN OF JONESBORO ET AL**  **MAG. JUDGE KAREN L. HAYES**

**JUDGMENT**

The Report and Recommendation [Doc. No. 40] of the Magistrate Judge having been considered, together with Objection [Doc. No. 43] filed February 18, 2020, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion to dismiss for failure to state a claim [Doc. No. 33] is **GRANTED** and all Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED this 18th day of February, 2020, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE