UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| RENEE STRINGER, ET AL | : | CIVIL ACTION NO: 3:19-00343 |
| | : | |
| VS. | : | JUDGE DOUGHTY |
| | : | |
| TOWN OF JONESBORO, ET AL | : | MAGISTRATE JUDGE HAYES |

**JONT MOTION FOR ADOPTION OF CONSENT DECREE**

PLAINTIFF RENEE STRINGER ("Plaintiff") AND DEFENDANT TOWN OF JONESBORO ("Town"), through their respective undersigned counsel, respectfully represent that the parties Consent Judgment under the Clean Water Act ("CWA") should be adopted.

1.

On August 22, 2022, the Town notified the court that the parties had reached a settlement [Doc 91]. In accordance with the Uniform Rules, this court issued a 60 day Order of Dismissal [Doc 92].

2.

As required by the CWA and regulations thereunder, Plaintiff's counsel notified the EPA Administrator; the Attorney General, Department of Justice Citizen Coordinator; and the Regional Administrator of EPA Region 6 of the proposed settlement and sent them a copy of the proposed settlement and proposed consent judgment via certified mail [Doc. 93-1].

3.

On September 8, 2022, the Department of Justice ("DOJ") confirmed receipt of a copy of the proposed consent judgment and that the United States determined that its 45-day review period under

33 U.S.C. § 1365(c)(3) would end on October 24, 2022 [Doc93-2].

4.

According to the USPS records, the EPA Administrator received the proposed consent judgment on September 12, 2022. [Doc. 93-4]. As the EPA Administrator received the notice after the DOJ, the waiting period for review period ends 45 days after September 12, 2022 which is October 27, 2022.

5.

On September 12, 2022, the Town filed a Consent Motion to Extend the Order of Dismissal due to the DOJ deadline for review being October 24, 2022 [Doc94]. The court granted the requested extension [Doc 95].

6.

On September 26, 2022, counsel for DOJ contacted Plaintiff's Counsel with a few concerns about the Settlement Agreement terms which are an attachment to the Consent Decree. As a result of that conversation, the parties amended the Settlement Agreement terms to address the DOJ's concerns and sent the revised signed agreement to him for review on September 29, 2022.

7.

Attached to this Motion is the Settlement Agreement signed by the parties and the proposed Consent Decree adopting the Settlement Agreement which has been signed by all parties.

8.

On October 6, 2022, the Parties received a letter from the United States Department of Justice to the Clerk of this Court notifying the Court "that the United States has reviewed the proposed consent judgment in this action and does not object to its entry by this Court." *See DOJ Letter*

attached to this Motion.

9.

As a result of the transmission and receipt of the October 6, 2022 DOJ letter attached hereto, the Court may now decide whether to sign and enter the Proposed Consent Decree

10.

"Under the Clean Water Act ("CWA"), the court must review the proposed consent judgment to determine whether it represents a resolution that is fair, reasonable and consistent with the public interest." *United States v. Cty. of Muskegon*, 33 F. Supp. 2d 614, 620 (W.D. Mich. 1998). "The court's role is not to resolve the underlying legal claims, but only to determine whether the settlement negotiated by the parties is in fact a fair, reasonable and adequate resolution of the disputed claims." *Id*. The "court fulfills its responsibility to determine the legality of the agreement by determining that settlement is consistent with the statute that the consent judgment is to enforce and that the proposed judgment fairly and reasonably resolves the controversy in a manner consistent with the public interest." *Id*. at 624.

11.

"Often, voluntary compliance with environmental regulations will "contribute significantly toward ultimate achievement of statutory goals, by reducing the cost of environmental compliance. Ultimately, consent decrees encourage informal resolution of disputes, thereby lessening the risks and costs of litigation." *Conn. Fund for the Env't, Inc. v. Westchester Cty.*, 2017 U.S. Dist. LEXIS 169091, at 2-3 (S.D.N.Y. Oct. 11, 2017),

12.

The Settlement Agreement requires the Town to comply with the Plan of Action/Compliance

Schedule that is attached to the Settlement Agreement which is designed to eliminate the infiltration into the sewer system, discharges into federal water ways, and bring known violations in compliance with the CWA and sets deadlines for accomplishing same under the guidance and direction of Louisiana DEQ and the EPA. *See Settlement Agreement* at ¶ 5. The Town is required to budget funds that are designated solely for compliance with the Plan of Action and Compliance Schedule which funds are in addition to the grants the Town has obtained to help with this situation. *Id*. at ¶ 6.

13.

The proposed Consent Decree requires the Town to comply with the Settlement Agreement. Therefore, adoption of the Consent Decree is consistent with the CWA and fairly and reasonably resolves the controversies in a manner that is consistent with the public interest.

14.

Therefore, the parties respectfully request that the court sign and enter the Proposed Consent Decree as a final judgment in this action

Respectfully submitted,

BREEDLOVE LAW FIRM

By: *Pamela N. Breedlove*

    Pamela N. Breedlove, Bar Roll No. 21773
216 Rolling Meadow Lane
Bossier City, LA 71112
P.O. Box 8667
Bossier City, LA 71113-8667
Telephone    : (318) 423-0845
Facsimile     : (318) 553-5176
Email: pambreedlove@breedlovefirm.com
ATTORNEYS FOR RENEE STRINGER

NEUNERPATE

By:   s/ Jennifer M. Ardoin
Ben L. Mayeaux, Bar Roll No. 19042
Jennifer M. Ardoin, Bar Roll No. 30378
One Petroleum Center
1001 W. Pinhook Rd. Suite 200
Lafayette, Louisiana 70503
Tel. No.: 337-237-7000
Fax. No.: 337-233-9450
Email: BMayeaux@neunerpate.com
Email: JArdoin@neunerpate.com
ATTORNEYS FOR TOWN OF JONESBORO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing document has this date been was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Bossier Parish, Louisiana this 12th day of October, 2022.

*Pamela N. Breedlove*
OF COUNSEL